IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR257 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR TYNDALL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 19). The Court has been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue trial is denied as moot;

2) A Rule 11 hearing is scheduled for:

**Tuesday, September 23, 2008, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 19th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court