IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )          8:08CR257
                               )
        v.                     )
                               )
VICTOR TYNDALL,                )              ORDER
                               )
             Defendant.        )
_____)


        This matter is before the Court on defendant's motion

to continue supervised release disposition hearing (Filing No.

50).   The Court finds the motion should be granted.   Accordingly,

        IT IS ORDERED that the hearing on the petition for

offender under supervision (Filing No. 39) is continued until:

            **Wednesday, January 26, 2011, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,

Omaha, Nebraska.

        DATED this 13th day of December, 2010.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court