IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR257 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR TYNDALL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue supervised release violation hearing (Filing No. 69). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the hearing on the petition for offender under supervision (Filing No. 56) is rescheduled for:

**Friday, August 12, 2011, at 9 a.m**.

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 3rd day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court